SCANNED at BCF and Emailed on 5/10/23 by PM - 6 pages.
(date)  (initials)  (num)

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Philip Lamont Mitchell**
[You are the **PLAINTIFF**, print your full name on this line.]

Case No. 3:23-cv-81-RLY-MJD

[For a new case in this court, leave blank. The court will assign a case number.]

FILED
05/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

v.

**Marion County Court #27**
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Sheriff Stitt** | 675 Justice Way |
| 2 | [Put the names of any other defendants in these boxes.] **Sheriff Tubonemi** | 675 Justice Way |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **2**

2. What is the name and address of your prison or jail? **Branchville Correctional Facility / 21390 Old State Rd. 37 / Branchville, IN. 47514-9042**

3. Did the event you are suing about happen there? ○ Yes.  ☒ No, it happened at: **Marion County**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

①

Municipal Court #27/675 Justice Way, Indpls. IN. 46203

4. On what date did this event occur? January 12th 2022 and November 30th 2022

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. At every in person court hearing I (A Rastafarian) would be harassed about my Religious Head Covering (The Rastafarian Crown) Every hearing this would happen and I would continually have to inform the court employees that it was my Religious Head Covering.

Well on January 12th 2022 the harassment turned Aggressive and Violent in my opinion. At 9:00 AM I arrived to court and signed in. At that moment a court clerk/recorder and a Sheriff began yelling at me from the front of the courtroom. "Remove your HAT"!! To which I replied "This is a Religious Head Covering". At that moment, the Clerk/Recorder and the Sheriff began walking towards me Very Aggressively and Shouting, Literally Yelling, "Remove That Hat!!" To which Again I responded "This is my Religious Head Covering". Until eventually both of them are standing right in front of me. Sheriff Stitt is so close and in my face

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

②

that he actually spits in my face while yelling.

**Claims and Facts (continued)**

He then pokes me in my chest, while pushing me backward saying "You'll Remove that Hat or you'll sit in the Hallway until your name is called!!" Then the Clerk/recorder chimes in and says in agreement with Sheriff Stitt, "Just sit in the Hallway until your name is called!!" So I went and sat in the Hallway. Fortunately there was a American Disability Advocate there that witnessed the whole event and told me he'd be willing to testify to witnessing the event. This individual actually sat in the Hallway with me until my name was called. But before my name was called and were sitting in the hallway, Ironically, two Siek or Pakistani gentlemen enter court #27 with their Turbans on. Me and the American Disability Advocate look at each other and then went slightly into the courtroom to see if anything would be said to them about their Turbans. Of course none of the Court Employees/Sheriffs said a word to them. So on January 12th 2022, I was Yelled At, Berated, Embarassed, Physically attacked and made to sit in the Hallway because of my Religious Head Covering. (Rastafarians wear Crowns and Turbans also.) Finally at a hearing on November 30th 2022, while being remanded into custody a African-American Sheriff handcuffs me and snatches my Crown off in court ripping a dreadlock from my head in the process. Even exclaiming at me, "This ain't no motherfucking

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.

③

Religious Head Covering!!" "I see people wearing these all the time!!" So by this time I've been escorted to the door where individuals go who are taken into custody. This is where I simply asked the female African-American Sheriff what her name was, to which she replied very sarcastically and as if she were untouchable and free of repercussion "It's TUBONEMI, that's Nigerian!!" Not to mention that throughout the whole hearing on Nov. 30th Sheriff Tubonemi lipped and gestured, "Remove Your Hat!!" Again I lipped and gestured, "This is a Religious Head Covering."


* Events on January 12th occured at Marion County City-County Building
* Event on November 30th occured at The Justice Center/675 Justice Way
  Indpls. IN. 46203

④

5. When did this event happen?
   - ☒ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ☒ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   ✱ SEE ATTACHED "A" for Request for Relief

[Initial Each Statement]

P.M. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
P.M. I will keep a copy of this complaint for my records.
P.M. I will promptly notify the court of any change of address.
P.M. I WILL NOT send more than one copy of any filing to the court.
P.M. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
P.M. I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/10/20 23 at 8:30 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Philip Mitchell_                                      #231218
Signature                                              Prisoner Number

240 (Rev. 7/10) (INND Rev. 8/16)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

⑤

ATTACHMENT "A"

8. If you win this case, what do you want the court to order the defendant(s) to do?

## Relief Sought:

(A) For the continued Violation of my First Amendment Religious Rights, I am seeking $400,000.00 in Compensatory and Punitive Damages. This is equally split between the two defendants. (ie $200,000.00 ea.)

(B) I am also seeking to have the Religions of: Rastafarians, Israelites, Nazarites and 12 Tribes of Israel's head-coverings Honored as any other Religion. (ie: Jewish Yarmulke, Muslim Kuffe, Siekh Turban etc, etc.)

(C) Also to have Court Employees and Sheriff staff trained on Religious Rights and Honoring the First Amendment of the United States Constitution.