
SCANNED at BCF and Emailed on
9/25/23 by PM - 3 pages.
(date)  (initials) (num)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

<u>Philip Mitchell</u>

Plaintiff(s),

Vs.

<u>MARION COUNTY COURT #27,</u>

<u>STITT, et.al.</u>

Defendant(s),

CAUSE NO.: 3:23-cv-00081-RLY-CSW

**FILED**
**09/25/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## <u>MOTION for DEFAULT JUDGMENT</u>

Plaintiff moves this court for a judgement by default in this action, and show that the complaint in the above case was filed in this court on the 10th day of May 2023.

The summons was duly served on the defendants, MARION COUNTY COURT #27, STITT, et.al. on the 12th day of June 2023; no answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of the clerk on the 13th day of JULY 2023; no proceedings have been taken by the Defendant since the default was entered;.

<u>Defendants were also given 60 Days After the date of JULY 25th 2023 by this court, to answer to the Complaint. As of today SEPTEMBER 25th 2023, (60 days to the date) Defendants have NOT ANSWERED to the Complaint.</u>

Defendant(s) are not in the military service and are not infants or incompetent as appears in the declaration of Philip Mitchell submitted herewith.

cc. Clerk of Courts
STITT
TUBONEMI

Wherefore, plaintiff moves that this court make and enter a judgement that reflects the prayer for relief in the complaint;

(1) For the continued violation of my First Amendment Religious Rights, I am seeking $400,000.00 in Compensatory and Punitive damages.

(2) I am also seeking to have the Religions of: Rastafarians, (Hebrew) Israelites, Nazarites, and Twelve Tribes of Israel's head coverings Honored as any other Religion (i.e. Jewish Yarmulke, Muslim Kuffe, Sikhs Turban etc. etc.....).

(3) Also to have Court employees and Sheriff staff trained on Religious Rights and Honoring the First Amendment of the United States Constitution.

cc. Clerk of Courts
STITT
TUBONEMI

_____  
Signature

Philip Mitchell /#231218 (D-11-12)
Branchville Correctional Facility
21390 Old State Road 37
Branchville, IN. 47514-9042

9/25/2023
_____
Date

cc. Clerk of Courts
STITT
TUBONEMI