UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PHILIP LAMONT MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00081-RLY-CSW |
| | ) |
| STITT, | ) |
| TUBONEMI, | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED without prejudice**.

Date: 5/21/2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: *Dina M. Dagle*
Deputy Clerk

Distribution:

All ECF-registered counsel of record via email

PHILIP LAMONT MITCHELL
7305 E 55th St.
Indianapolis, IN 46226